*E-FILED - 6/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. HALL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>　　　　　　　　　　Defendants. | C 09-5935 RMW<br><br>[XXXXXX] **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

　　　For good cause appearing, the request by Defendants Hedgpeth, Trexler, Young, Bonnifield, Grannis, and Nickerson for an extension of time to file a dispositive motion is granted. Defendants may file a dispositive motion on or before July 9, 2010.

　　　Plaintiff Richard Hall's opposition to the dispositive motion shall be filed no later than thirty days after the date on which Defendants' motion is filed.

/ / /

/ / /

/ / /

/ / /

/ / /

1

xxxxxx] Order  (C 09-5935 RMW)

1 | Defendants shall file a reply brief no later than fifteen days after the date Hall's opposition
2 | is filed.

4 | IT IS SO ORDERED.

Dated: 6/23/10

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge