*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL, | No. C 09-5935 RMW (PR) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. / | (Docket Nos. 20, 24) |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. Before the court is plaintiff's motion for counsel and defendants' motion for extension of time to file their dispositive motion.

Plaintiff's motion for appointment of counsel (docket no. 24) is DENIED for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex and plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

Defendants' motion for extension of time to file their dispositive motion is GRANTED. Defendants shall file their dispositive motion by July 9, 2010. Plaintiff's opposition to the

dispositive motion shall be due no later than **thirty (30) days** from the filing date of defendants' motion. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

    This order terminates docket nos. 20, 24.

    IT IS SO ORDERED.

Dated: 7/30/10

_____
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

Order Denying Plaintiff's Motion for Appointment of Counsel; Order Granting Defendants' Motion for Extension of Time
P:\PRO-SE\SJ.Rmw\CR.09\Hall935EOT-Atty.wpd    2