1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

*E-FILED - 9/16/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD B. HALL,

        Plaintiff,

    v.

ANTHONY HEDGPETH, et al.,

        Defendants.

_____/

No. C 09-5935 RMW (PR)

ORDER ADDRESSING PENDING
MOTIONS

(Docket Nos. 30, 34, 37, 57)

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. Before the court is plaintiff's motions for default judgment; motion for continuance and defendants' motion for extension of time to file their dispositive motion.

On July 15, 2010, plaintiff filed motion for entry of default and a motion for default judgment against defendants (docket nos. 34, 37) stating that defendants failed to respond to the court's February 9, 2010, order of service. Defendants filed a motion for extension of time on July 9, 2010. (Docket no. 30.)

Since defendants filed their motion for extension of time in a timely manner, subsequently filed their dispositive motion on July 23, 2010, and no party appears prejudiced, defendants' motion for extension of time (docket no. 30) is GRANTED. On August 6, 2010, plaintiff filed a motion for an order of continuance. (Docket no. 57.) The court GRANTS plaintiff's motion for continuance.

Order Addressing Pending Motions
P:\PRO-SE\SJ.Rmw\CR.09\Hall935PendingMtns.wpd

Plaintiff's opposition to the dispositive motion shall be due no later than **forty-five (45) days** from the filing date of this order.  If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This order terminates docket nos. 30, 34, 37, 57.

IT IS SO ORDERED.

Dated: __9/16/10_____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California