United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                 NORTHERN DISTRICT OF CALIFORNIA
7                          EUREKA DIVISION
8
9   RICHARD B. HALL,                    No. 5:09-CV-05935 RMW (NJV)
10              Plaintiff,               ORDER VACATING
                                        SETTLEMENT CONFERENCE IN
11          v.                          PRO SE PRISONER EARLY
                                        SETTLEMENT PROGRAM
12  ANTHONY HEDGPETH, et al.,
13              Defendants.
    _____/
14
15          The settlement conference in this matter set  for Tuesday, July 26, 2011, is HEREBY
16
    VACATED due to a scheduling conflict and will be reset on the Court's next available calendar.
17
18  IT IS SO ORDERED.
19
20  Dated:  June 7, 2011
21                                      _____
                                        NANDOR J. VADAS
22                                      United States Magistrate Judge
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD B. HALL,

      Plaintiff,

   v.

ANTHONY HEDGPETH, et al.,

      Defendants.

_____/

No. 3:09-CV-01042 JSW (NJV)

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on June 7, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard B. Hall
T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter

_____

Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2