1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13  | **RICHARD B. HALL,**                | C 09-5935 RMW
14  |                          Plaintiff, | **[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF RICHARD B. HALL, CDCR NO. T-09259**
15  | v.                                  |
16  |                                     |
17  | **ANTHONY HEDGPETH, et al.,**       |
18  |                        Defendants.  |

19   Plaintiff Richard B. Hall, CDCR No. T-09259, is a necessary and material witness in
20 proceedings in this case beginning on August 24, 2011, at 9:00 a.m., and is confined at Salinas
21 Valley State Prison, Soledad, CA, in the custody of the Warden.  In order to secure this inmate's
22 attendance at the settlement conference scheduled for August 24, 2011 at California State Prison,
23 Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding the
24 custodian of Richard B. Hall, CDCR No. T-09259, to produce him at California State Prison,
25 Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas
26 presiding, beginning on August 24, 2011 at 9:00 a.m.
27 / / /
28 / / /

1

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Salinas Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate Richard B. Hall, CDCR No. T-09259, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Salinas Valley State Prison.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  The Warden of Salinas Valley State Prison,

YOU ARE COMMANDED to produce inmate Richard B. Hall, CDCR No. T-09259, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Salinas Valley State Prison.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  July 21, 2011



_____