UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 5:09-CV-05935 RMW (NJV)<br><br>ORDER VACATING<br>WRIT OF HABEAS CORPUS AD<br>TESTIFICANDUM (Docket No. 88) |

The writ of habeas corpus ad testificandum found at Docket No. 88 in this case is HEREBY VACATED.

IT IS SO ORDERED.

Dated: July 21, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 3:09-CV-01042 JSW (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on July 21, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard B. Hall
T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2