IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD B. HALL,**<br><br>                                        Plaintiff,<br><br>   v.<br><br>**ANTHONY HEDGPETH, et al.,**<br><br>                                        Defendants. | C 09-5935 RMW<br><br>[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF RICHARD B. HALL, CDCR NO. T-09259 |

   Plaintiff Richard B. Hall, CDCR No. T-09259, is a necessary and material witness in proceedings in this case beginning on August 24, 2011, at 9:00 a.m., and is confined at California Substance Abuse Treatment Facility, Corcoran, CA, in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference scheduled for August 24, 2011 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding the custodian of Richard B. Hall, CDCR No. T-09259, to produce him at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on August 24, 2011 at 9:00 a.m.

/ / /

/ / /

1

1     ACCORDINGLY, IT IS ORDERED that:

2     1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of California Substance Abuse Treatment Facility and the California Department of Corrections and Rehabilitation to produce inmate Richard B. Hall, CDCR No. T-09259, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the California Substance Abuse Treatment Facility.

    2.    The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the California Substance Abuse Treatment Facility:

YOU ARE COMMANDED to produce inmate Richard B. Hall, CDCR No. T-09259, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to California Substance Abuse Treatment Facility, Corcoran, CA.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 7/21/11



Judge Nandor J. Vadas