**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL, | No. 5:09-CV-05935 RMW (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM (Docket No. 90) |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |

The writ of habeas corpus ad testificandum issued July 21, 2011, in this case is HEREBY VACATED.

IT IS SO ORDERED.

Dated: August 10, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. 3:09-CV-01042 JSW (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on August 10, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard B. Hall
T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2