UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD B. HALL,

          Plaintiff,

   v.

ANTHONY HEDGPETH, et al.,

          Defendants.

_____/

No. C 09-5935 RMW (NJV)

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

    It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RICHARD B. HALL whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: August 10, 2011

                              NANDOR J. VADAS
                              United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, SATF-CSP

GREETINGS

    WE COMMAND that you have and produce the body of RICHARD B. HALL in your custody in the hereinabove-mentioned Institution, before the United States District Court on August 23,  2011, at 9:00 a.m., at Solano State Prison, in order that said prisoner may then and there  participate in the SETTLEMENT CONFERENCE in the matter of HALL v. HEDGPETH, et al., and at the termination

1  of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order

2  of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and

3  further to produce said prisoner at all times necessary until the termination of the proceedings for which

4  his testimony is required in this Court;

5        Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6  for the Northern District of California.

7

8  Dated: August 10, 2011

9                                     RICHARD WIEKING
                                   CLERK, UNITED STATES DISTRICT COURT

10                                     *Linn Van Meter*
                                 By:_____

11                                          DEPUTY CLERK

12

13  Dated:  August 10, 2011

14                                       _____

15                                     NANDOR J. VADAS
                                   United States Magistrate Judge



16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL, | No. C 4:9 -05935 RMW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on August 10, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard B. Hall
T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter

_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test