UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL, | No. 5:09-CV-05935 RMW (NJV) |
| Plaintiff, | ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |

This matter is set for a settlement conference on Tuesday, August 23, 2011, at 9:00 a.m. at Solano State Prison. On August 10, 2011, Defendants filed a motion to vacate that settlement conference and vacate the referral to the prisoner mediation program. (Docket No. 91.) In their motion, Defendants contend that because Plaintiff has been relocated to a new institution, the claims for injunctive relief presented in his complaint have become moot. Defendants argue that they should be allowed to file a motion to dismiss before a settlement conference is held, so as to more efficiently resolve this case and avoid the unnecessary expenditure of judicial resources.

Defendants' motion to vacate the order referring this matter to the prisoner mediation program and Defendants' request for leave to file a motion to dismiss are before District Judge Whyte. This Court finds that it would be ineffective and a waste of resources to hold a settlement conference with these matters pending before District Judge Whyte. Accordingly, the settlement conference set in this

1  matter for August 23, 2011, is HEREBY CONTINUED and will be reset in October 2011 if this case
2  is not otherwise resolved.
3
4  IT IS SO ORDERED.
5
6  Dated: August 19, 2011
   
   _____
7  NANDOR J. VADAS
   United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD B. HALL,<br>        Plaintiff,<br>    v.<br>ANTHONY HEDGPETH, et al.,<br>        Defendants.             / | No. 3:09-CV-01042 JSW (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on August 19, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard B. Hall
T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3