**United States District Court**
For the Northern District of California

1
2
3
4
5                  UNITED STATES DISTRICT COURT
6                NORTHERN DISTRICT OF CALIFORNIA
7                        EUREKA DIVISION
8
9   RICHARD B. HALL,                          No. 5:09-CV-05935 RMW (NJV)
10                    Plaintiff,              ORDER VACATING WRIT
       v.
11
    ANTHONY HEDGPETH, et al.,
12
                    Defendants.
13   _____/
14
15        The settlement conference formerly set in this case for August 23, 2011, has been continued.
16   Therefore, the writ of habeas corpus ad testificandum issued for the appearance of Plaintiff at the
17   conference is HEREBY VACATED.
18
19   IT IS SO ORDERED.
20
    Dated:  August 19, 2011
21                                         _____
22                                         NANDOR J. VADAS
                                           United States Magistrate Judge
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD B. HALL,

        Plaintiff,

      v.

ANTHONY HEDGPETH, et al.,

        Defendants.

_____/

No. 3:09-CV-01042 JSW (NJV)

CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on August 19, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard B. Hall
T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960

_____
/s/ *Linn Van Meter*

Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2