**E-FILED on     9/23/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL, | No. C 09-5935 RMW (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS LEAVE TO FILE MOTION TO DISMISS; DIRECTIONS TO CLERK** |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |

   Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against officials at Salinas Valley State Prison ("SVSP"), alleging various violations of his right to practice his Reformed Christian faith. Plaintiff seeks injunctive relief, including separate group worship, separate Bible study, and the ability to purchase religious materials. On May 4, 2011, the court entered an order granting in part and denying in part defendants' motion for summary judgment. Therein, the court referred the matter to Magistrate Judge Vadas pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings. The court also stayed the case pending such proceedings. Following various scheduling orders, the settlement conference was eventually set for August 23, 2011. On August 10, 2011, however, defendants filed a motion to vacate the order referring the matter to the settlement program. (Docket no. 91.) Therein, defendants informed the court that plaintiff had been transferred from SVSP to the Substance Abuse Treatment Facility

United States District Court
For the Northern District of California

(SATF) in Corcoran, California. Defendants represent that this transfer renders plaintiff's request for injunctive relief moot. Defendants seek leave to pursue a motion to dismiss the action on such mootness grounds before participating in mediation.

Defendants request for leave to file a motion to dismiss is hereby GRANTED. Defendants' motion shall be due no later than **thirty (30) days** from the filing date of this order. If plaintiff wishes to file an opposition, he shall do so no later than **thirty (30) days** after the date defendants' motion is filed. Defendants <u>shall</u> file a reply brief no later than **fifteen (15) days** after plaintiff's opposition is filed.

On August 19, 2011, in response to defendants' motion to vacate the referral to the settlement program, Judge Vadas entered an order continuing the settlement conference. (Docket no. 96.) Accordingly, the court will reserve ruling on the motion to vacate until after the motion to dismiss is decided.

The California Department of Corrections online inmate locator service confirms that plaintiff has been transferred to SATF. **Accordingly, the Clerk is directed to change plaintiff's address to Richard B. Hall, #T-09259, SATF-CSP, P.O. Box 7100, Corcoran, CA 93212.**

Plaintiff is reminded that he must keep the court and all parties informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: _____    _____
RONALD M. WHYTE
United States District Judge

Order Granting Defendants Leave to File Motion to Dismiss
ftp://156.128.38.212/DATA/Users/PRO-SE/SJ.Rmw/CR.09/Hall935SchedOrd.wpd
2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICHARD B HALL,

        Plaintiff,

  v.

ANTHONY HEDGPETH et al,

        Defendant.

Case Number: CV09-05935 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Richard B. Hall T-09259
Salinas Valley State Prison
Housing: D9-169
P.O. Box 1050
Soledad, CA 93960


Dated: September 23, 2011

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk