*E-FILED - 3/6/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>　　　　Defendants. | No. C 09-5935 RMW (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; GRANTING DEFENDANTS' MOTION TO VACATE REFERRAL TO PRO SE SETTLEMENT PROGRAM; DIRECTIONS TO CLERK**<br><br>(Docket Nos. 91, 102) |

On December 17, 2009, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against officials at Salinas Valley State Prison ("SVSP"), alleging various violations of his right to practice his Reformed Christian faith. Plaintiff sought injunctive relief, including separate group worship, separate Bible study, and the ability to purchase religious materials. On May 4, 2011, the court entered an order granting in part and denying in part defendants' motion for summary judgment. Therein, the court referred the matter to Magistrate Judge Vadas pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings. The court also stayed the case pending such proceedings.

On August 10, 2011, defendants filed a motion to vacate the order referring the matter to the settlement program. Therein, defendants informed the court that plaintiff had been transferred from

Order Granting Defendants' Motion to Dismiss
G:\PRO-SE\SJ.Rmw\CR.09\Hall935dis-moot.wpd

1  SVSP to the Substance Abuse Treatment Facility (SATF) in Corcoran, California. Defendants
2  represented that this transfer rendered moot plaintiff's claims for injunctive relief. Defendants
3  sought leave to pursue a motion to dismiss the action on such mootness grounds before participating
4  in mediation. On September 23, 2011, the court granted defendants leave to file the motion. The
5  court also reserved ruling on defendants' motion to vacate the referral to the settlement program.
6  Now before the court is defendant's motion to dismiss. Plaintiff has not filed an opposition.

## DISCUSSION

Defendants argue the court should dismiss plaintiff's claims as moot because plaintiff is no longer housed at SVSP where the events giving rise to this action took place. The court agrees.

When an inmate has been transferred to another prison and there is no reasonable expectation nor demonstrated probability that he will again be subjected to the prison conditions from which he seeks injunctive relief, the claim for injunctive relief should be dismissed as moot. See Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995). A claim that the inmate might be re-transferred to the prison where the injury occurred is too speculative to overcome mootness. Id.

When plaintiff filed his Complaint, he was incarcerated at SVSP. He alleged unconstitutional conditions of confinement at SVSP. Plaintiff sought injunctive relief to remedy these alleged injuries. On April 19, 2011, plaintiff was transferred to SATF. (Decl. J. Cordova Supp. Mot. to Dismiss ¶ 7.) Because plaintiff has not been incarcerated at SVSP since April 2011, his claims for injunctive relief from the conditions of his confinement at SVSP -- the only claims in this action -- must be dismissed as moot.[1]

## CONCLUSION

In light of the foregoing, the court orders as follows:

1. Defendants' motion to dismiss is GRANTED.

2. Defendants' motion to vacate this court's May 4, 2011 referral to the Pro Se Prisoner Settlement Program is GRANTED.

---

[1] Should plaintiff seek to allege that some or all of his claims extend to the conditions of his confinement at SATF, those claims must be brought in a separate lawsuit in the United States District Court for the Eastern District of California, the proper venue for claims arising in Kings County, where SATF is located. See 28 U.S.C. § 1391(b); 28 U.S.C. § 84(b).

Order Granting Defendants' Motion to Dismiss
G:\PRO-SE\SJ.Rmw\CR.09\Hall935dis-moot.wpd        2

3. The clerk of the court shall terminate all pending motions, enter judgment for defendants, and close the file.

4. The clerk of the court shall mail a copy of this order to Judge Vadas in Eureka, California.

IT IS SO ORDERED.

Dated: 3/5/12

/s/ Ronald M Whyte

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Motion to Dismiss
G:\PRO-SE\SJ.Rmw\CR.09\Hall935dis-moot.wpd          3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B HALL,

        Plaintiff,

  v.

ANTHONY HEDGPETH et al,

        Defendant.

Case Number: CV09-05935 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard B. Hall T-09259
SATF-CSP
Post Office Box 7100
Corcoran, CA 93212

Dated: March 6, 2012

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk