*E-FILED - 3/6/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL, | No. C 09-5935 RMW (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |

The court has granted defendants' motion to dismiss. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 3/5/12

_____
RONALD M. WHYTE
United States District Judge

Judgment
C:\Users\GarciaJ\AppData\Local\Temp\notesF8C1A4\Hall935jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B HALL,

        Plaintiff,

  v.

ANTHONY HEDGPETH et al,

        Defendant.

Case Number: CV09-05935 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard B. Hall T-09259
SATF-CSP
Post Office Box 7100
Corcoran, CA 93212

Dated: March 6, 2012

                                   Richard W. Wieking, Clerk
                                   By: Jackie Lynn Garcia, Deputy Clerk